UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARELIS ARAUJO, et al.<br><br>                    Plaintiffs,<br><br>        -against-<br><br>NEW YORK CITY DEPARTMENT OF<br>EDUCATION,<br><br>                    Defendant. | 20 Civ. 7032 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Plaintiffs filed an *ex parte* motion for emergency temporary restraining order and preliminary injunction ("Motion") on September 2, 2020;

WHEREAS, Plaintiffs have filed the memorandum of law in support of the order to show cause for temporary restraining order and preliminary injunction (Dkt. No. 8). It is hereby

**ORDERED** that Plaintiffs shall take all steps necessary to effect proper service as required by the Federal Rules of Civil Procedure and Rule 307 of the New York Civil Practice Law and Rules, or to notify Defendant of the action and request waiver of service. It is further

**ORDERED** that the parties shall meet and confer and file a joint status letter proposing a briefing schedule for the remaining submissions by **September 8, 2020**. It is further

**ORDERED** that Plaintiffs shall serve this Order on Defendant through electronic service as soon as possible, and no later than **September 4, 2020**.

Dated:    September 3, 2020
            New York, New York

                                  LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE