UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ARELIS ARAUJO, et al.

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

20 Civ. 7032 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Opinion and Order, dated September 24, 2020, granted in part and denied in part Plaintiffs' motion for a temporary restraining order and preliminary injunction (Dkt. No. 23).

WHEREAS, Plaintiffs and Defendant have cross-moved for reconsideration of that Opinion and Order (Dkt. Nos. 24, 26).  It is hereby

**ORDERED** that by **October 22, 2020**, Plaintiffs and Defendant shall file any oppositions to the motions for reconsideration per the Individual Rules.  No replies shall be filed.

Dated:   October 9, 2020
           New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE