UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARELIS ARAUJO, et al.,<br><br>                  Plaintiffs,<br><br>    -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                  Defendant. | 20 Civ. 7032 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, the Opinion and Order, dated September 24, 2020, granted in part and denied in part Plaintiffs' motion for a temporary restraining order and preliminary injunction (Dkt. No. 23).

    WHEREAS, Defendant has moved for a stay of that Opinion and Order for the thirteen students for whom the parties do not dispute entitlement to pendency funding, stating that it needs thirty days to process funding for eleven of those thirteen students and that it has not received required documentation of tuition and service costs for the other two students (Dkt. No. 29).  It is hereby

    **ORDERED** that by **October 19, 2020**, Defendant shall provide pendency funding for K.A.  It is further

    **ORDERED** that by **October 21, 2020**, Defendant shall provide pendency funding for A.C. and O.C.  It is further

    **ORDERED** that by **October 22, 2020**, Defendant shall provide pendency funding for S.C., Y.K.M., A.L., S.J.D. and J.B.  It is further

    **ORDERED** that by **October 23, 2020**, Defendant shall provide pendency funding for L.V.F.  It is further

    **ORDERED** that by **October 28, 2020**, Defendant shall provide pendency funding for

Z.A.  It is further

ORDERED that by **November 2, 2020**, Defendant shall provide pendency funding for E.P.  It is further

ORDERED that by **October 16, 2020**, Plaintiffs and Defendant shall meet and confer to determine what required documentation for pendency funding for W.R. and L.N. has not been submitted and shall file a <u>joint</u> status letter describing any outstanding documentation and Plaintiffs' plan to submit such documentation.  By **October 23, 2020**, Plaintiffs shall submit such documentation to the relevant agencies and file a letter certifying such submission.

Dated:   October 13, 2020
         New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**