UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ARELIS ARAUJO, et al.

                Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

20 Civ. 7032 (LGS)

ORDER

------------------------------------------------------------

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Order, dated October 13, 2020, directed the parties to meet and confer to determine what required documentation for pendency funding for W.R. and L.N. had not been submitted, and directed Plaintiffs to submit that documentation (Dkt. No. 31).

WHEREAS, the parties have represented that Defendant is in receipt of required documentation for pendency funding for W.R. and L.N. (Dkt. Nos. 33, 36).  It is hereby

**ORDERED** that by **November 30, 2020**, Defendant shall provide pendency funding for W.R. and L.N.

Dated:   October 27, 2020
          New York, New York

                                            LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE