UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARELIS ARAUJO et al.,

                       Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                       Defendant.
------------------------------------------------------------X

20 Civ. 7032 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the case management conference in this matter is scheduled for February 4, 2021, at 11:00 a.m.  It is hereby

**ORDERED** that the case management conference is **adjourned** to **February 4, 2021, at 11:20 a.m.**, on the following conference call line: 888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time

Dated: February 2, 2021
       New York, New York

                                                 **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**