UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ARELIS ARAUJO et al.,                                       :
                                   Plaintiffs,     :              20 Civ. 7032 (LGS)
                                                            :
                   -against-                       :                   ORDER
                                                            :
NEW YORK CITY DEPARTMENT OF                        :
EDUCATION,                                                  :
                                   Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on February 4, 2021, the parties appeared for a conference regarding (1)

Plaintiffs' request for pendency funding for five students and (2) outstanding pendency payments

for thirteen other students who the parties agree should receive pendency funding.  It is hereby

        **ORDERED** that the parties shall meet and confer in good faith to (1) determine the five

students for which Plaintiffs claim Defendants have outstanding obligations related to pendency

funding for the 2020-2021 school year; (2) identify what actions Plaintiffs seek from Defendants

with respect to each of those students and (3) resolve any outstanding issues.  It is further

        **ORDERED** that by **February 18, 2021**, Plaintiffs shall file a letter (1) describing the

issues resolved through the meet and confer process; (2) specifically explaining, with respect to

each of the five students, any outstanding issues not resolved through the meet and confer process

and (3) specifically identifying what relief they request from the Court.  Plaintiffs are advised that

the Court will not decide in the first instance a student's placement giving rise to pendency

funding.  It is further

        **ORDERED** that by **February 26, 2021**, Defendant shall file a letter response.  It is

further

        **ORDERED** that on **April 1, 2021**, and **July 1, 2021**, Defendant shall file a report

affirming completion of quarterly pendency payments for the thirteen students who the parties

agree are entitled to pendency funding at iBRAIN (Dkt. No. 23 at 4) or explaining why such

payments have not been made.

Dated: February 4, 2021
      New York, New York

           **LORNA G. SCHOFIELD**
           **UNITED STATES DISTRICT JUDGE**