UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                              :
ARELIS ARAUJO et al.,                         :
                              Plaintiffs,     :          20 Civ. 7032 (LGS)
                                              :
              -against-                       :              ORDER
                                              :
NEW YORK CITY DEPARTMENT OF                   :
EDUCATION,                                    :
                              Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 20, 2021, directed Defendant to file a response to

Plaintiff's letter at Dkt. No. 63 by April 27, 2021.

WHEREAS, Defendant has not filed a response. Accordingly, it is hereby

**ORDERED**, that by **April 30, 2021**, Defendant shall file a letter response per the

Individual Rules. Failure to comply with Court-ordered deadlines may result in sanctions or

prejudice.

Dated: April 28, 2021
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE