UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ARELIS ARAUJO et al.,
                            Plaintiffs,

-against-                          20 Civ. 7032 (LGS)

NEW YORK CITY DEPARTMENT OF EDUCATION,                    ORDER
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated October 22, 2021 (Dkt. No. 86), directed Defendant to file a status letter by November 23, 2021, providing an update on any outstanding payments.

WHEREAS, Defendant has not submitted a status letter. It is hereby

**ORDERED** that by **November 29, 2021**, Defendant shall submit a status letter.

Dated: November 24, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE