```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ARELIS ARAUJO et al.,                                     :
                                      Plaintiffs,           :
                                                            :    20 Civ. 7032 (LGS)
              -against-                                     :
                                                            :          ORDER
  NEW YORK CITY DEPARTMENT OF                               :
  EDUCATION,                                                :
                                      Defendant.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated December 7, 2021, Defendant was directed to file a status letter every sixty (60) days providing an update on any outstanding payments.

WHEREAS, the most recent status letter was due April 5, 2022.

WHEREAS, Defendant has not filed a status letter.  It is hereby

**ORDERED** that by **April 8, 2022**, Defendant shall file a status letter.

Dated: April 6, 2022
       New York, New York

                                                    _____
                                                         LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE