UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARELIS ARAUJO, et al.,
                         Plaintiffs,

           -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                         Defendant.
------------------------------------------------------------X

20 Civ. 7032 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated December 7, 2021, Defendant was directed to file a status letter every sixty (60) days providing an update on any outstanding payments.

      WHEREAS, the most recent status letter was due August 5, 2022.

      WHEREAS, Defendant has not filed a status letter.  It is hereby

      **ORDERED** that by **August 12, 2022**, Defendant shall file a status letter.

Dated: August 9, 2022
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE