UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARELIS ARAUJO, et al.,
                        Plaintiffs,

            -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                        Defendant.
------------------------------------------------------------X

20 Civ. 7032 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 12, 2022, directed the parties to file letters by August 18, 2022, stating whether there is any reason this action should not be closed.

WHEREAS, Plaintiffs did not file any letter. It is hereby

**ORDERED** that by **August 22, 2022**, Plaintiffs shall file a letter stating whether there is any reason this action should not be closed, or the case will be closed.

Dated: August 19, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE