UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARELIS ARAUJO, et al.,
                        Plaintiffs,

            -against-                      20 Civ. 7032 (LGS)

                                        <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiffs filed a Supplemental Complaint on December 7, 2022, addressing the only remaining issue of reimbursement. Defendant filed its Answer on December 21, 2022. It is hereby

       **ORDERED** that by **January 27, 2023**, Defendant shall file a motion for summary judgment, with a memorandum of law not to exceed 10 pages. By **February 10, 2023**, Plaintiff shall file an opposition and any cross-motion for summary judgment, not to exceed 15 pages. By **February 17, 2023**, Defendant shall file a reply and opposition to Plaintiff's cross-motion for summary judgment, if any, not to exceed 10 pages. By **February 24, 2023**, Plaintiff shall file a reply in support of the cross-motion, not to exceed 5 pages. Notwithstanding these aforementioned page limits, each party has discretion over how to allocate its respective 20 pages total of briefing between its two briefs, provided neither party exceeds the 20 pages of briefing total. It is further

       **ORDERED** that the parties shall Bates-stamp the relevant portion of the administrative record (the "Record") such that each page has a unique Bates number. It is further

2

**ORDERED** that, in lieu of separate Local Rule 56.1 statements, the parties shall file a joint statement of undisputed facts ("Joint Statement"), with citations to the Bates-stamped Record, **by the time that the first brief is due**. The parties shall indicate any disputed facts clearly in the Joint Statement. The parties shall email to Chambers a text-searchable copy of the Bates-stamped Record and a Word version of the Joint Statement. Except as provided here, the parties shall follow the Individual Rules on motions, exhibits and courtesy copies.

Dated: December 22, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE